**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson,<br><br>                    Plaintiff,<br><br>vs.<br><br>Lawrence B. Slater, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CV 06-1524-PHX-SMM

**ORDER TO SHOW CAUSE**

On November 28, 2006, this Court issued an Order granting Plaintiff's Motion to Disqualify Counsel Lawrence B. Slater and Slater & Associates from representing defendants James and Jane Doe Marchant and Monica and John Doe Jagelski in the present case.  See Dkt. 14.  In addition, the Court specifically ordered that, no later than December 8, 2006, Lawrence B. Slater, of Slater & Associates, PC, shall file a formal Notice with the Court informing James and Jane Doe Marchant and Monica and John Doe Jagelski that Lawrence B. Slater and Slater & Associates, PC have been disqualified as counsel of record and no longer entitled to represent them in the present case.  See id. at 14.  As of December 14, 2006, defendant Slater has failed to file such Notice.  Accordingly,

**IT IS HEREBY ORDERED** that **Lawrence B. Slater, of Slater & Associates, PC, shall appear in person before this Court at 10:00 a.m. on December 19, 2006** to show good cause why sanctions should not be issued for failing to obey this Court's November 28,

1   2006 Order, <u>see</u> dkt. 14 at 14, as set forth above.   The Court is located at 401 W.

2   Washington Street, Courtroom 605, Phoenix, Arizona.

3      **IT IS FURTHER ORDERED DENYING** Plaintiff Kathy Jamieson's request to

4   permit her counsel, Davis Miles, PLLC, to contact defendants James and Jane Doe Marchant

5   and Monica and John Doe Jagelski about defendant Slater's failure to file the required

6   Notice.  <u>See</u> dkt. 15.

7      **IT IS FURTHER ORDERED** that defendant Slater shall provide defendants James

8   and Jane Doe Marchant and Monica and John Doe Jagelski a copy of this Order.

9      **IT IS FURTHER ORDERED** that, if defendants James and Jane Doe Marchant and

10  Monica and John Doe Jagelski elect to represent themselves in this matter, without counsel,

11  they are required to provide addresses and contact information to the Court.

12     **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this Order

13  on all counsel of record.

14     DATED this 14th day of December, 2006.

Stephen M. McNamee
United States District Judge

- 2 -