1    **WO**

2

3

4              **IN THE UNITED STATES DISTRICT COURT**

5                  **FOR THE DISTRICT OF ARIZONA**

6

7    Kathy L. Jamieson,                    )    CV 06-1524-PHX-SMM
                                           )    CV 06-2261-PHX-SMM
8              Plaintiff,                   )
                                           )
9          v.                              )
                                           )
10                                         )
     Lawrence B. Slater and Jane Doe Slater;)        **ORDER**
11   James Bret Marchant and Jane Doe)
     Marchant; Monica Jagelski and John Doe)
12   Jagelski,                             )
                                           )
13             Defendants.                 )
                                           )
14   _____  )
                                           )
15   Monica Jagelski,                      )
                                           )
16             Plaintiff,                  )
                                           )
17         v.                              )
                                           )
18   Kathy Marchant (aka Jamieson),        )
                                           )
19             Defendant.                  )
                                           )
20                                         )
     _____  )
21

22         On December 21, 2006, the Court consolidated these two cases.  (Dkt. 20.)

23         Accordingly,

24         **IT IS HEREBY ORDERED** that all future filings shall be filed under the caption

25   shown above.

26         DATED this 8th day of January, 2007.

27

28

                                    _____
                                    Stephen M. McNamee
                                    United States District Judge