**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Lawrence B. Slater and Jane Doe Slater; James Bret Marchant and Jane Doe Marchant; Monica Jagelski and John Doe Jagelski,<br><br>　　　　Defendants.<br>_____<br>Monica Jagelski,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kathy Marchant (aka Jamieson),<br><br>　　　　Defendant.<br>_____ | CV 06-1524-PHX-SMM<br>CV 06-2261-PHX-SMM<br><br><br><br>**ORDER** |

Pending before the Court is a Stipulation for Extension of Time for Defendants Monica and John Doe Jagelski to file a Response to Plaintiff's Motion to Quash Lis Pendens. (Dkt. 24.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time for Defendants Monica and John Doe Jagelski to file a Response to Plaintiff's Motion to Quash Lis Pendens. (Dkt. 24.)

1   **IT IS FURTHER ORDERED** that Defendants Monica and John Doe Jagelski
2   shall file their Response to Plaintiff's Motion to Quash Lis Pendens no later than February
3   19, 2007.
4   DATED this 22nd day of January, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge

- 2 -