**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, | CV 06-1524-PHX-SMM |
| Plaintiff, | CV 06-2261-PHX-SMM |
| v. | |
| Lawrence B. Slater and Jane Doe Slater; James Bret Marchant and Jane Doe Marchant; Monica Jagelski and John Doe Jagelski, | **ORDER** |
| Defendants. | |
| Monica Jagelski, | |
| Plaintiff, | |
| v. | |
| Kathy Marchant (aka Jamieson), | |
| Defendant. | |

Pending before the Court is a Stipulation for Extension of Time for Defendants James and Jane Doe Marchant to file a Response to Plaintiff's Motion to Quash Lis Pendens. (Dkt. 26.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time for Defendants James and Jane Doe Marchant to file a Response to Plaintiff's Motion to Quash Lis Pendens. (Dkt. 26.)

1   **IT IS FURTHER ORDERED** that Defendants James and Jane Doe Marchant
2 shall file their Response to Plaintiff's Motion to Quash Lis Pendens no later than February
3 19, 2007.

4   DATED this 22nd day of January, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -