1    **WO**

2

3

4              **IN THE UNITED STATES DISTRICT COURT**

5              **FOR THE DISTRICT OF ARIZONA**

6

7    Kathy L. Jamieson,                    )    CV 06-1524-PHX-SMM
                                           )    CV 06-2261-PHX-SMM
8              Plaintiff,                   )
                                           )
9         v.                               )
                                           )
10                                         )
     Lawrence B. Slater and Jane Doe Slater;)    **ORDER**
11   James Bret Marchant and Jane Doe)
     Marchant; Monica Jagelski and John Doe)
12   Jagelski,                             )
                                           )
13             Defendants.                 )
                                           )
14   _____      )
                                           )
15   Monica Jagelski,                      )
                                           )
16             Plaintiff,                  )
                                           )
17        v.                               )
                                           )
18   Kathy Marchant (aka Jamieson),        )
                                           )
19             Defendant.                  )
                                           )
20                                         )
21   _____      )

22         Pending before the Court is a Stipulation for Extension of Time for Defendants

23   Monica and John Doe Jagelski to file a Response to Plaintiff's Motion to Quash Lis

24   Pendens.  (Dkt. 30.)  For good cause shown,

25         **IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time

26   for Defendants Monica and John Doe Jagelski to file a Response to Plaintiff's Motion to

27   Quash Lis Pendens.  (Dkt. 30.)

28

1      **IT IS FURTHER ORDERED** that Defendants Monica and John Doe Jagelski

2 shall file their Response to Plaintiff's Motion to Quash Lis Pendens no later than February

3 23, 2007.

4      DATED this 20th day of February, 2007.

5

6

7                         Stephen M. McNamee

8                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28