**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Lawrence B. Slater and Jane Doe Slater; James Bret Marchant and Jane Doe Marchant; Monica Jagelski and John Doe Jagelski,<br><br>　　　　Defendants.<br>_____<br><br>Monica Jagelski,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kathy Marchant (aka Jamieson),<br><br>　　　　Defendant.<br>_____ | CV 06-1524-PHX-SMM<br>CV 06-2261-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Plaintiff Kathy Jamieson's Motion to Exceed Page Limitation for Jamieson's Reply in Support of Motion to Quash Lis Pendens.  (Dkt. 36.) Jamieson requests to exceed the page limit by only two pages.  For good cause shown,

　　　**IT IS HEREBY ORDERED GRANTING** Plaintiff Kathy Jamieson's Motion to Exceed Page Limitation for Jamieson's Reply in Support of Motion to Quash Lis Pendens. (Dkt. 36.)

1   **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Lodged Reply
2   at docket number 37 as "Reply in Support of Motion to Quash Lis Pendens."
3   DATED this 6th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -