**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,        )<br>                                                                 )<br>            Plaintiffs,                                  )<br>                                                                 )<br>v.                                                             )<br>                                                                 )<br>Lawrence B. Slater, et al.,                    )<br>                                                                 )<br>            Defendants.                             )<br>_____)<br>Monica Jagelski,                                   )<br>                                                                 )<br>            Plaintiff                                     )<br>                                                                 )<br>v.                                                             )<br>                                                                 )<br>Kathy Marchant (a.k.a Jamieson)        )<br>                                                                 )<br>            Defendant.                              )<br>_____) | No. CIV 06-1524-PHX-SMM<br>No. CIV 06-2261-PHX-SMM<br><br>**ORDER** |

Having considered Plaintiff Kathy Jamieson's Motion for Extension of Time to File the Proposed Case Management Plan and Reschedule the Preliminary Pretrial Conference (Doc. 45), and good cause appearing,

**IT IS HEREBY ORDERED** that the Proposed Pretrial Case Management Plan shall be filed no later than **July 27, 2007.**

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference is hereby rescheduled for **August 6, 2007** at **10:00 a.m.**

1  **IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference Scheduled
2  for **May 15, 2007 at 2:00 p.m** is hereby **VACATED**.
3  DATED this 7th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge