**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>    Defendants.<br>_____<br>Monica Jagelski,<br><br>    Plaintiff<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson)<br><br>    Defendant. | No. CIV 06-1524-PHX-SMM<br>No. CIV 06-2261-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Stipulation of the parties to extend the deadline to permit Kathy Jamieson to respond to Monica Jagelski's Amended Complaint. Good cause appearing,

**IT IS HEREBY ORDERED** that Jamieson shall file her response to Jagelski's Amended Complaint no later than June 20, 2007.

DATED this 22nd day of May, 2007.

_____
Stephen M. McNamee
United States District Judge