**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>            Plaintiffs,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>            Defendants.<br>_____<br>Monica Jagelski,<br><br>            Plaintiff<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson)<br><br>            Defendant.<br>_____ | No. CIV 06-1524-PHX-SMM<br>No. CIV 06-2261-PHX-SMM<br><br>**ORDER** |

Having considered Monica Jagelski's Motion to Continue the Preliminary Pretrial Conference (Doc. 57), and good cause appearing,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference is hereby rescheduled for **September 24, 2007** at **2:00 p.m.**

**IT IS FURTHER ORDERED** that the Proposed Pretrial Case Management Plan shall be filed no later than **September 17, 2007.**

1  **IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference Scheduled
2  for **August 6, 2007 at 10:00 a.m** is hereby **VACATED**.
3  DATED this 29th day of June, 2007.
4
5
6
7  Stephen M. McNamee
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -