**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual, ) | No. CIV 06-1524-PHX-SMM |
| ) | No. CIV 06-2261-PHX-SMM |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Lawrence B. Slater, et al., ) | |
| ) | |
| Defendants. ) | |
| Monica Jagelski, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| Kathy Marchant (a.k.a Jamieson) ) | |
| ) | |
| Defendant. ) | |

Having considered the Motion to Continue the Preliminary Pretrial Conference (Doc. 63) filed by Defendants Lawrence B. Slater et al., and good cause appearing,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference is hereby rescheduled for **September 26, 2007** at **4:00 p.m.**

**IT IS FURTHER ORDERED** that the Proposed Pretrial Case Management Plan shall be filed no later than **September 17, 2007.**

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference Scheduled for **September 24, 2007** at **2:00 p.m.** is hereby **VACATED**.

DATED this 31st day of July, 2007.

Stephen M. McNamee
United States District Judge