**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,                Plaintiffs, v. Lawrence B. Slater, et al.,                Defendants. | No. CIV 06-1524-PHX-SMM No. CIV 06-2261-PHX-SMM **ORDER** |
| Monica Jagelski,                Plaintiff v. Kathy Marchant (a.k.a Jamieson)                Defendant. | |

Pending before the Court is Kathy L. Jamieson's Notice of Substitution of Counsel filed with the written approval of client consent of Kathy L. Jamieson. Ms. Jamieson seeks to substitute Richard R. Thomas and the law firm of Thomas Schern Richardson, PLLC be substituted as her counsel of record in place of Lori A. Curtis and the law firm of Davis Miles, PLLC. Accordingly,

**IT IS HEREBY ORDERED** approving and confirming the withdrawal of Lori A. Curtis and the law firm of Davis Miles, PLLC as counsel for Kathy L. Jamieson.

**IT IS FURTHER ORDERED** that Richard R. Thomas and the law firm of Thomas Schern Richardson, PLLC be substituted as counsel of record for Kathy L. Jamieson.

DATED this 3rd day of August, 2007.

Stephen M. McNamee
United States District Judge