**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>Lawrence B. Slater, et al.,<br><br>　　　　Defendants, | CV06-01524-PHX-SMM<br>CV06-02261-PHX-SMM<br>CV06-02631-PHX-SMM<br>(Consolidated)<br><br>**ORDER** |
| Monica Jagelski,<br><br>　　　　Plaintiff,<br>v.<br><br>Kathy Marchant (a.k.a Jamieson)<br><br>　　　　Defendant, | |
| James Marchant, Oasis Pipeliner, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>　　　　Defendants. | |

　　　　Having considered the agreed upon Motion to Extend and Set Dates by Defendant and Plaintiff/Counterclaim Defendant James Bret Marchant and Defendant Jane Doe Marchant, Plaintiff Oasis Pipeliner, LLC, Defendants Lawrence B. Slater, Jane Doe Slater and Lawrence Slater & Associates, P.C., Plaintiff/Defendant Monica Jagelski and Plaintiff/Defendant and Counterclaim Plaintiff Kathy L. Jamieson and Defendant Kassie

Kientz, and taking into account this Court's recent consolidation of Jamieson v. Slater, et al., Case Nos. CV06-01524-PHX-SMM and CV06-02261-PHX-SMM (consolidated) ("Jamieson Action") with Marchant, et al. v. Jamieson, et al., Case No. CV06-02631-PHX-JWS ("Marchant Action") (Docket #106), and good cause appearing,

**IT IS HEREBY ORDERED** that all dates set forth in the Court's Order of March 14, 2008 (Doc. 80), and any deadlines set thereafter in the Jamieson Action will be extended by 120 days, to include the following:

1. All discovery, including depositions of parties, witnesses, and experts, answers to interrogatories, and supplements to interrogatories shall be completed by **Friday**, **July 25, 2008**.

2. All dispositive motions shall be filed no later than **Friday, September 19, 2008**.

3. All other dates set in Docket #80 as "TBA" shall remain that way unless so ordered by this Court.

**IT IS FURTHER ORDERED** that the scheduling dates in the recently consolidated Marchant Action shall correspond to the new aforementioned dates in the Jamieson Action identified above. Additionally:

1. The parties in the Marchant Action shall submit their respective Initial 26.1 Disclosure Statements **no later than April 25, 2008**; and

2. A Second Amended Complaint shall be filed by Plaintiff/Counterdefendant Marchant and Plaintiff Oasis Pipeliner, LLC **no later than April 25, 2008.**

DATED this 27th day of March, 2008.

Stephen M. McNamee
United States District Judge