**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,        )<br>                                          )<br>            Plaintiffs,                  )<br>v.                                        )<br>                                          )<br>Lawrence B. Slater, et al.,              )<br>                                          )<br>            Defendants,                  )<br>_____)<br>                                          )<br>Monica Jagelski,                          )<br>                                          )<br>            Plaintiff,                    )<br>v.                                        )<br>                                          )<br>Kathy Marchant (a.k.a Jamieson)           )<br>                                          )<br>            Defendant,                    )<br>_____)<br>                                          )<br>James Marchant, Oasis Pipeliner, LLC,     )<br>                                          )<br>            Plaintiff,                    )<br>v.                                        )<br>                                          )<br>Kathy Jamieson, James Jamieson, and       )<br>Kassie Kientz,                            )<br>                                          )<br>            Defendants.                   )<br>_____) | CV06-01524-PHX-SMM<br>CV06-02261-PHX-SMM<br>CV06-02631-PHX-SMM<br>(Consolidated)<br><br>**ORDER** |

In light of the recent order granting a considerable extension for the discovery and dispositive motions deadlines and consolidating the cases, the Court finds that it is in the best interest of the parties, as well as in the interest of judicial economy to deny with leave to re-file in the future the pending motion for summary judgment (Doc. 70) and motion to strike

(Doc. 86). The Court anticipates that extensive further discovery will be conducted and that matters related to issues in the pending motion for summary judgment and motion to strike may be raised as a result thereof. Accordingly, the motions will be denied without prejudice to re-file at a later date. Furthermore, subsequent to all discovery being conducted, the parties are to consolidate all issues into single motions for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED DENYING** without prejudice Kathy Jamieson's Motion for Summary Judgment (Doc. 70) and Monica Jagelski's Motion to Strike (Doc. 86).

DATED this 7th day of April, 2008.

Stephen M. McNamee
United States District Judge

- 2 -