**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,  )<br>                                                  )<br>              Plaintiff,                       )<br>                                                  )<br> v.                                              )<br>                                                  )<br> Lawrence B. Slater, et al.,             )<br>                                                  )<br>              Defendants.                 )<br> _____)<br>                                                  )<br> Monica Jagelski,                         )<br>                                                  )<br>              Plaintiff,                       )<br>                                                  )<br> v.                                              )<br>                                                  )<br> Kathy Marchant (a.k.a Jamieson), )<br>                                                  )<br>              Defendant.                   )<br> _____)<br>                                                  )<br> James Bret Marchant, Oasis Pipeliner, )<br> LLC,                                          )<br>                                                  )<br>              Plaintiffs,                      )<br>                                                  )<br> v.                                              )<br>                                                  )<br> Kathy Jamieson, James Jamieson, and )<br> Kassie Kientz,                             )<br>                                                  )<br>              Defendants.                  )<br> _____) | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

Currently before the Court is the Joint Stipulation to Extend Time to File Response to Motion for Summary Judgment (Doc. 143). The parties stipulate to a new date of April 1, 2009 for Plaintiff Kathy Jamieson to file her Response. The Court will grant the

1  present extension, however, as this is the second such stipulation regarding Plaintiff's
2  Response, the Court notes that no further extensions will be given.
3      Accordingly, good cause shown,
4      **IT IS HEREBY ORDERED GRANTING** the Joint Stipulation to Extend Time
5  to File Response to Motion for Summary Judgment (Doc. 143).
6      **IT IS FURTHER ORDERED** that the date for Plaintiff Kathy Jamieson to file
7  her Response is extended to April 1, 2009.
8      DATED this 30th day of March, 2009.

Stephen M. McNamee
United States District Judge

- 2 -