**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>    Defendants.<br>_____<br><br>Monica Jagelski,<br><br>    Plaintiff,<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson),<br><br>    Defendant.<br>_____<br><br>James Bret Marchant, Oasis Pipeliner, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>    Defendants.<br>_____ | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

Currently before the Court is the Joint Stipulation to Extend Time to File Reply to Response to Motion for Summary Judgment (Doc. 149). The parties stipulate to a new date of April 13, 2009 for Defendant Slater to file his Reply.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Joint Stipulation to Extend Time to File Reply to Response to Motion for Summary Judgment (Doc. 149).

**IT IS FURTHER ORDERED** that the date for Defendant Slater to file his Reply is extended to April 13, 2009.

DATED this 7th day of April, 2009.

Stephen M. McNamee
United States District Judge