**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>  Defendants.<br>_____<br>Monica Jagelski,<br><br>  Plaintiff,<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson),<br><br>  Defendant.<br>_____<br>James Bret Marchant, Oasis Pipeliner, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>  Defendants.<br>_____ | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

Currently before the Court is the Joint Motion for Extension of Time (Doc. 170). The parties stipulate to a new date of September 4, 2009 for all responses to the pending summary judgment motions to be filed. The parties also stipulate to a new date of September 25, 2009

for all replies to be filed. The parties request this extension due to scheduling conflicts and unforeseen medical circumstances.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Joint Motion for Extension of Time (Doc. 170).

**IT IS FURTHER ORDERED** that the date for all responses to the pending motions for summary judgment (including the supplemental motion for summary judgment) shall be extended to **September 4, 2009**.

**IT IS FURTHER ORDERED** that the date for all replies in support of the pending motions for summary judgment shall be extended to **September 25, 2009**.

DATED this 13th day of August, 2009.

Stephen M. McNamee
United States District Judge