**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>　　　　Defendants.<br>_____<br>Monica Jagelski,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson),<br><br>　　　　Defendant.<br>_____<br>James Bret Marchant, Oasis Pipeliner, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>　　　　Defendants.<br>_____ | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

　　　　Having received the Motion to Withdraw as Counsel of Record for Kathy L. Jamieson and Kassie Kientz (Doc. 188) and the Motion evidencing compliance with the requirements of Local Rule of Civil Procedure 83.3(b)(2)(A),

1     **IT IS HEREBY ORDERED GRANTING** the Motion to Withdraw as Counsel of
Record (Doc. 188).

    **IT IS FURTHER ORDERED** that Richard R. Thomas of the law firm of Thomas Schern Richardson PLLC is hereby withdrawn as counsel of record for Kathy L. Jamieson and Kassie Kientz in this matter.

    **IT IS FURTHER ORDERED** directing the Clerk of the Court to send a copy of this Order as well as all future communications directly to Kathy L. Jamieson and Kassie Kientz at the following last known address:

    Kathy L. Jamieson
    3440 N. Old Smithville Road
    Muldoon, TX 78949

DATED this 13th day of October, 2009.

_____
Stephen M. McNamee
United States District Judge

- 2 -