**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>　　　　Defendants.<br>_____<br>Monica Jagelski,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson),<br><br>　　　　Defendant.<br>_____<br>James Bret Marchant, Oasis Pipeliner, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>　　　　Defendants.<br>_____ | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

　　　　Before the Court is the parties' Joint Request to Set Status Conference (Doc. 194). The request is filed by all parties to the three consolidated cases (Monica Jagelski, James Bret Marchant, Jane Doe Marchant, Oasis Pipeliner, Lawrence B. Slater, Jane Doe Slater, and Lawrence Slater & Associates, P.C.), with the exception of Kathy Jamieson and her

daughter Kassie Kientz. In its Request, the moving parties ask the Court to set a status conference to discuss settlement-related issues.

The three cases before the Court are hotly contested with numerous claims and legal issues to be resolved. It is anticipated that trials of the three cases will be lengthy, costly, and will expend extensive court and party resources. As a result, the moving parties have expressed a desire to participate in a private mediation in an effort to resolve the remaining outstanding issues.

To date, discovery has been completed and three motions for summary judgment have been ruled upon by the Court. Three more summary judgment motions currently are pending, with replies filed on October 9, 2009. Additionally, counsel for Jamieson moved to withdraw from the case (Doc. 188), and this motion was granted by the Court on October 13, 2009 (Doc. 193). In light of the complexity of the case and the recent withdrawal of Jamieson's counsel, the Court will grant the parties' request for a status conference. Issues related to informal resolution of this case will be discussed at this time.

Accordingly,

**IT IS HEREBY ORDERED** setting a status conference before the Honorable Stephen M. McNamee for **Monday, November 30, 2009 at 3:00 p.m.** Counsel for all parties shall be in attendance at the status conference.

**IT IS FURTHER ORDERED** that Kathy Jamieson may appear telephonically in light of her Texas residence and in pro per status. Kathy Jamieson shall telephone Judge McNamee's chambers at (602) 322-7555 no later than 2:55 p.m. on November 30, 2009. If Kathy Jamieson secures new counsel prior to the status conference, counsel shall appear in person at the status conference.

DATED this 29th day of October, 2009.

_____
Stephen M. McNamee
United States District Judge