1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy L. Jamieson, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Lawrence B. Slater, et al.,<br><br>    Defendants.<br>_____<br>Monica Jagelski,<br><br>    Plaintiff,<br><br>v.<br><br>Kathy Marchant (a.k.a Jamieson),<br><br>    Defendant.<br>_____<br>James Bret Marchant, Oasis Pipeliner, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Kathy Jamieson, James Jamieson, and Kassie Kientz,<br><br>    Defendants.<br>_____ | No. CV 06-1524-PHX-SMM<br>No. CV 06-2261-PHX-SMM<br>No. CV 06-2631-PHX-SMM<br>(consolidated)<br><br>**ORDER** |

On November 30, 2009, the Court held a status conference at the request of the parties. At the status conference, the parties reported to the Court that a private mediation was scheduled for December 22, 2009. To date, the Court has not been informed of the result of that mediation and whether any settlement was reached.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint status report informing the Court of the result of the December 22, 2009 mediation and whether a settlement was reached. This status report shall be filed no later than **Friday, January 15, 2010**.

DATED this 4th day of January, 2010.

_____
Stephen M. McNamee
United States District Judge